**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

DAIJAH FULLER,

     Plaintiff,

    vs.

                               **Case No. 23-CV-02362-DDC-RES**

PORTFOLIO RECOVERY ASSOCIATES,
L.L.C.,

     Defendant.

**MOTION FOR *PRO HAC VICE* ADMISSIONS**
**OF JIMMY F. ROBINSON AND ASHLEE N. WILLIAMS**

Pursuant to D. Kan. Rule 83.5.4., I move that Jimmy F. Robinson and Ashlee N. Williams be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavits in support of this motion. I have verified that the information contained in the affidavits are true and accurate.

Dated this 6th day of November 2023.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C

/s/ Jordan Kurdi
Jordan Kurdi        D. Kan#79046
700 W. 47th Street, Suite 500
Kansas City, MO  64111
Telephone: (816) 410-2227
Fax: (816) 471-1303
jordan.kurdi@ogletreedeakins.com

Jimmy F. Robinson (*pro hac vice* application
forthcoming)
Ashlee N. Williams (*pro hac vice* application
forthcoming)
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Telephone: (804) 663-2341
Fax: (804) 225-8641
jimmy.robinson@ogletreedeakins.com
ashlee.williams@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November 2023, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff:

Gaye B. Tibbets        KS #13240
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Ste. 950
Wichita, Kansas 67202
Telephone: (316) 265-7741
Fax: (316) 267-7803
tibbets@hitefanning.com

**ATTORNEY FOR PLAINTIFF**

/s/ Jordan Kurdi
**ATTORNEYS FOR DEFENDANT**

2