UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAIJAH FULLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, L.L.C.<br><br>　　　　Defendant. | Case No.  23-cv-02362-DDC-RES |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Daijah Fuller and Defendant Portfolio Recovery Associates, L.L.C., by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-entitled action and all claims and causes of action therein, with prejudice. Each party shall bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　*/s/ Gaye B. Tibbets*
　　　　　　　　　　　　　　　　　　Gaye B. Tibbets, #13240
　　　　　　　　　　　　　　　　　　HITE, FANNING & HONEYMAN L.L.P.
　　　　　　　　　　　　　　　　　　100 N. Broadway, Ste. 950
　　　　　　　　　　　　　　　　　　Wichita, KS 67202-2209
　　　　　　　　　　　　　　　　　　Telephone: (316) 265-7741
　　　　　　　　　　　　　　　　　　Facsimile: (316) 267-7803
　　　　　　　　　　　　　　　　　　E-mail: tibbets@hitefanning.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*


　　　　　　　　　　　　　　　　　　/s/ *Jordan Kurdi*
　　　　　　　　　　　　　　　　　　Jordan Kurdi, KS #79046
　　　　　　　　　　　　　　　　　　Jimmy F. Robinson (Admitted Pro hac vice)
　　　　　　　　　　　　　　　　　　Ashlee N. Williams (Admitted Pro hac vice)
　　　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK &
　　　　　　　　　　　　　　　　　　STEWART, P.C.
　　　　　　　　　　　　　　　　　　700 W. 47th St., Ste. 500
　　　　　　　　　　　　　　　　　　Kansas City, MO 64111
　　　　　　　　　　　　　　　　　　Telephone: (816) 410-2227

Facsimile: (816) 471-1303
E-mail: jordan.kurdi@ogletreedeakins.com
E-mail: jimmy.robinson@ogletreedeakins.com
E-mail: ashlee.williams@ogletreedeakins.com
*Attorneys for Defendant*

2